# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00824-STV

NEIL SATTLER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AIR METHODS CORPORATION,
AARON D. TODD,
C. DAVID KIKUMOTO,
JOSEPH WHITTERS,
RALPH J. BERNSTEIN,
MARK D. CARLETON,
JEFFREY A. DORSEY,
JOHN J. CONNOLY,
MORAD TAHBAZ,
CLAIRE M. GULMI, and
JESSICA GARFOLA WRIGHT,

    Defendants.

_____

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
_____

WHEREAS, plaintiff Neil Sattler ("Plaintiff") filed the above-captioned action (the "Action") challenging the sales process, consideration, and disclosures made by Air Methods Corporation ("Air Methods") in connection with the proposed acquisition of Air Methods by ASP AMC Intermediate Holdings, Inc. ("Parent"), and its wholly owned subsidiary, ASP AMC Merger Sub, Inc. ("Merger Sub"), pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around March 14, 2017 (the "Transaction");

WHEREAS, the Action asserts a claim for breach of fiduciary duties in connection with the Transaction and claims for violations of Sections 14(e) and 20(a) of the Securities Exchange

- 2 -

Act of 1934 in connection with Air Methods' Solicitation Statement filed with the SEC on or around March 23, 2017;

WHEREAS, on April 13, 2017, Air Methods filed an amendment to the Solicitation Statement with the SEC that included certain additional information relating to the Transaction that mooted Plaintiff's claims (the "Supplemental Disclosures");

WHEREAS, Plaintiff's counsel intends to assert a claim for mootness fees and expenses in connection with the mooted claims (the "Fee Application"), and seek Court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all of the defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award;

WHEREAS, defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2017 that:

1.     The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only.  All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's Fee Application, if filed.

4. This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes the defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such notification, the Court will close the Action.

Dated: April 26, 2017

**OF COUNSEL:**

**BRODSKY & SMITH, LLC**
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Tel: (610) 667-6200
esmith@brodskysmith.com
mackerman@brodskysmith.com

**BERENS LAW LLC**

By:   s/ Jeffrey A. Berens
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, CO 80238
Tel: (303) 861-1764
Fax: (303) 395-0393
jeff@jberenslaw.com

*Local Counsel for Plaintiff*

| | |
|---|---|
| | **HOLLAND & HART LLP** |
| **OF COUNSEL:** | s/ Matthew J. Smith |
| | Matthew J. Smith |
| **PAUL, WEISS, RIFKIND,** | 555 17th Street, Suite 3200 |
| **WHARTON & GARRISON LLP** | Denver, CO 80202 |
| Daniel J. Toal | Tel: (303) 295-8000 |
| Geoffrey Chepiga | Fax: (303) 588-6886 |
| 1285 Avenue of the Americas | mjsmith@hollandhart.com |
| New York, NY 10019 | |
| Tel: (212) 373-3000 | *Local Counsel for Defendants Air Methods* |
| Fax: (212) 492-0421 | *Corporation, Aaron D. Todd, C. David* |
| dtoal@paulweiss.com | *Kikumoto, Joseph Whitters, Ralph J.* |
| gchepiga@paulweiss.com | *Bernstein, Mark D. Carleton, Jeffrey A.* |
| | *Dorsey, John J. Connolly, Morad Tahbaz,* |
| | *Claire M. Gulmi, and Jessica Garfola Wright* |

IT IS SO ORDERED this _____ day of _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE