# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00824-STV

NEIL SATTLER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AIR METHODS CORPORATION,
AARON D. TODD,
C. DAVID KIKUMOTO,
JOSEPH WHITTERS,
RALPH J. BERNSTEIN,
MARK D. CARLETON,
JEFFREY A. DORSEY,
JOHN J. CONNOLY,
MORAD TAHBAZ,
CLAIRE M. GULMI, and
JESSICA GARFOLA WRIGHT,

    Defendants.

## STIPULATION AND [PROPOSED] ORDER CLOSING THE ACTION

WHEREAS, plaintiff Neil Sattler ("Plaintiff") filed the above-captioned putative class action on or around March 14, 2017 (the "Action");

WHEREAS, on April 26, 2017, the Court entered an Order pursuant to a stipulation between the parties (i) dismissing Plaintiff's individual claims alleged in the Action with prejudice, (ii) dismissing the putative class claims alleged in the Action without prejudice, and (iii) preserving the Court's jurisdiction over the Action solely for purposes of resolving a potential application by Plaintiff for an award of attorney's fees and expenses (the "Fee and Expense Application");

WHEREAS, on or around June 8, 2017, the parties reached agreement with respect to Plaintiff's Fee and Expense Application, without the need of further litigation, which fees and

expenses in the amount of $125,000 (the "Agreed Fee") shall be paid within seven (7) days of entry of this [Proposed] Order Closing the Action; and

WHEREAS, the parties have conferred and agree that this Action accordingly should be closed for all purposes;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY STIPULATED AND AGREED on this 15th day of June, 2017 that this Action should be closed for all purposes

| | |
|---|---|
| Dated: June 15, 2017 | **BERENS LAW LLC** |
| | By: *s/ Jeffrey A. Berens* |
| **OF COUNSEL:** | Jeffrey A. Berens |
| | 2373 Central Park Boulevard, Suite 100 |
| **BRODSKY & SMITH, LLC** | Denver, CO 80238 |
| Evan J. Smith | Tel: (303) 861-1764 |
| Marc L. Ackerman | Fax: (303) 395-0393 |
| Two Bala Plaza, Suite 510 | jeff@jberenslaw.com |
| Bala Cynwyd, PA 19004 | |
| Tel: (610) 667-6200 | *Local Counsel for Plaintiff* |
| esmith@brodskysmith.com | |
| mackerman@brodskysmith.com | |
| | |
| | **HOLLAND & HART LLP** |
| | |
| | *s/ Matthew J. Smith* |
| **OF COUNSEL:** | Matthew J. Smith |
| | 555 17th Street, Suite 3200 |
| **PAUL, WEISS, RIFKIND,** | Denver, CO 80202 |
| **WHARTON & GARRISON LLP** | Tel: (303) 295-8000 |
| Daniel J. Toal | Fax: (303) 588-6886 |
| Geoffrey Chepiga | mjsmith@hollandhart.com |
| 1285 Avenue of the Americas | |
| New York, NY 10019 | *Local Counsel for Defendants Air Methods* |
| Tel: (212) 373-3000 | *Corporation, Aaron D. Todd, C. David* |
| Fax: (212) 492-0421 | *Kikumoto, Joseph Whitters, Ralph J.* |
| dtoal@paulweiss.com | *Bernstein, Mark D. Carleton, Jeffrey A.* |
| gchepiga@paulweiss.com | *Dorsey, John J. Connolly, Morad Tahbaz,* |
| | *Claire M. Gulmi, and Jessica Garfola Wright* |

SO ORDERED this _____ day of _____, 2017

_____
Scott T. Varholak
United States Magistrate Judge

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Jeffrey A. Berens*
Jeffrey A. Berens